■ In the Matter of JENNIFER J., Appellant, v ROBERT P.D., Respondent. [918 NYS2d 877]—

Application by the mother's assigned counsel to be relieved as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed the record and agree with the mother's assigned counsel that there are no nonfrivolous issues which could be raised on this appeal. Concur—Gonzalez, P.J., Catterson, Richter, Abdus-Salaam and Román, JJ.